(122 So. 804)

## BLOUNT COUNTY BANK v. ROBINETT & McCAY. (6 Div. 404.)

Supreme Court of Alabama. June 6, 1929.

Nash & Fendley, of Oneonta, for petitioner. J. T. Johnson, of Oneonta, opposed.

BOULDIN, J. Petition of the Blount County Bank for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Blount County Bank v. Robinett & McCay, 122 So. 802.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.